| Date | Pleading Number | |
|---|---|---|
| 1/6/76 | | ORDER TO SHOW CAUSE -- Why actions should not be transferred to one district for coordinated or consolidated pretrial proceedings.  Notified counsel, involved judges. |
| 1/19/76 | | APPEARANCES -- E.H. Fremont for the Whittaker Corp. d/b/a Bermote Powder Co.<br>R. E. Hayes for the Whittaker Corp. (Dup. used Fremont)<br>W. H. Carpenter for Pltf. Ron King<br>W. L. Mauck for Pltfs. Elva Scott Beller, et al. and Pltf Joan Mable Rose, Adminx. |
| 1/19/76 | 1 | RESPONSE -- THE WHITTAKER CORP. w/cert. of service |
| 1/21/76 | | ORDER -- Deleting Action A-4 from show cause order because it is dismissed.  Notified counsel |
| 1/21/76 | | COPY OF J. NEILL's ORDER, E.D. WASHINGTON, dismissing Baird action |
| 1/22/76 | 2 | RESPONSE -- ELVA SCOTT AND MABLE ROSE w/cert. of service |
| 1/30/76 | | HEARING ORDER -- Setting A-1 through A-3 FOR HEARING -- San Diego California, February 27, 1976 |
| 2/9/76 | 3 | RESPONSE -- RON KING -- w/service indicated |
| 2/17/76 | 4 | RESPONSE -- SUPPLEMENTARY -- Whittaker Corp. |
| 4/14/76 | | CONSENT OF TRANSFEREE COURT -- for Judge Collinson to handle litigation under §1407 in Western District of Missouri |
| 4/14/76 | | ORDER -- TRANSFERING A-3 UNDER SECTION 1407 to the Western Missouri for assignement to judge Collinson |
| 4/23/76 | | CONDITIONAL TRANSFER ORDER FILED TODAY (B-1) Ester Mae Burfict, et al. v. The Whittaker Co. d/b/a Bermite Powder Co., E.D. La., Civil Action No. 76-279 -- Notified counsel, involved judges |
| 5/10/76 | | ESTER MAE BURFICT, ET AL. V. THE WHITTAKER CO. d/b/a BERMITE POWDER CO., ED LOUISIANA   76-279<br>CTO FINAL TODAY. NOTITIED INVOLVED CLERKS AND JUDGES. |

4/14/76, MO, 411 F. Supp. 290

DOCKET NO. 243 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## Description of Litigation

IN RE WARHEAD EXPLOSION ABOARD U.S.S. NEWPORT NEWS ON OCTOBER 1, 1972

12/77

### Summary of Panel Action

Date(s) of Hearing(s) 2/27/76

Date(s) of Opinion(s) or Order(s) 4/14/76

Consolidation Ordered  X          Name of Transferee Judge   WILLIAM R. COLLINSON

Consolidation Denied  ____        Transferee District   WESTERN DISTRICT OF MISSOURI

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Elva Scott Beller, etc. v. The Whittaker Corp. d/b/a The Bermite Powder Co. | W.D.Mo. Collinson | 74CV 532-S | | | 12/14/77 | |
| A-2 | Joan Mable Rose, etc. v. The Whittaker Corp. d/b/a The Bermite Powder Co. | W.D.Mo. | 74CV 533-S | | | 6/30/77 | |
| A-3 | Ron King v. The Whittaker Corp. d/b/a The Bermite Powder Co. | N.M. Mechem | CIV75-581-M | 4/14/76 | 76CV172-S | 6/30/77 | |
| A-4 | Craig Baird v. The Whittaker Corp. | E.D.Wash. Goodwin Neill | C-75-213 | Deleted from SCC 1/21/76 → 1/14/76 | | | |
| B-1 | Ester Mae Burfict, et al. v. The Whittaker Co., d/b/a The Bermite Powder Co.  4/23/76 | E.D.La. Gordon | 76-0279-Sec I | 5/10/76 | 76CV2135-S | 7/8/77 | |

p. \_\_\_\_\_

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 243 -- IN RE WARHEAD EXPLOSION ABOARD U.S.S. NEWPORT NEWS ON OCTOBER 1, 1972

| Plaintiff | Defendant |
|---|---|
| ELVA SCOTT BELLER, ETC. (A-1)<br>JOAN MABLE ROSE (A-2)<br>William L. Mauck, Esquire<br>Yates, Mauck, Robinett & Hannah, Inc.<br>1436 South Glenstone<br>P. O. Box 3162 G.S.<br>Springfield, Missouri  65804<br><br>RON KING  (A-3)<br>William H. Carpenter, Esquire<br>507 Roma N. W.<br>Albuquerque, New Mexico  87102<br><br>ESTER MAE BURFICT (B-1)<br>Charles W. Dittmer, Esquire<br>Martzel & Montero<br>1010 Richards Building<br>New Orleans, La.  70112 | THE WHITTAKER CORP.  d/b/a<br>THE BERMITE POWDER CO.<br>Ernest H. Fremont, Jr., Esquire<br>Popham, Popham, Conway, Sweeny<br>   & Fremont, P.C.<br>1300 Commerce Bank Building<br>922 Walnut Street<br>Kansas City, Missouri  64106 |